JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| APOLLOMEDIA DISTRIBUTION GMBH, a German limited liability company, | Case No. 2:14−cv−02476−PA (SHx) |
| Plaintiff, | JUDGMENT |
| vs. | |
| IMAGE ENTERTAINMENT, INC., a California corporation; ANOTHER TIME, INC., a California corporation; ALTERNATIVE DISTRIBUTION, INC., a corporation; and Does 1 through 10, inclusive, | |
| Defendants. | |

## **JUDGMENT**

The Court having received the Stipulation of plaintiff ApolloMedia Distribution GmbH and defendants Another Time, Inc., and Alternative Distribution, Inc., also known as Alternative Distribution, Ltd., for entry of Judgment,

**IT IS ORDERED AND ADJUDGED** that plaintiff ApolloMedia Distribution GmbH shall have and recover from defendants Another Time, Inc., and Alternative Distribution, Inc., also known as Alternative Distribution, Ltd., jointly and severally, the sum of $450,000.

**THE COURT FURTHER ADJUDGES AND DECLARES** that plaintiff ApolloMedia Distribution GmbH owns the copyrights in the following motion pictures, and each of them (the "Movies"), free and clear of any and all security interests that were purportedly granted to defendant Image Entertainment, Inc., and recorded with the United States Copyright Office:

1. *Puppetmaster vs. Demonic Toys*
2. *Alien Apocalypse*
3. *Man With The Screaming Brain*
4. *30 Days Until I'm Famous*
5. *Raptor Island*
6. *Funny Money*

**IT IS FURTHER ORDERED AND ADJUDGED** that defendants Another Time, Inc., and Alternative Distribution, Inc., also known as Alternative Distribution, Ltd., and each of them and their respective officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise, are permanently enjoined from infringing, or contributing to the infringement of, the copyrights in the Movies, or any of them, in any manner, and from copying, selling, marketing, distributing, displaying or otherwise exploiting infringing copies or reproductions of the Movies, or any of them.

**IT IS FURTHER ORDERED AND ADJUDGED** that defendants Another Time, Inc., and Alternative Distribution, Inc., also known as Alternative Distribution, Ltd., are hereby directed to deliver up to plaintiff forthwith all copies, masters, tapes, film negatives and other articles in defendants' possession, custody or control and by means of which infringing copies or reproductions of the Movies, and each of them, may be reproduced.

Dated: January 13, 2015

_____
The Honorable Percy Anderson
United States District Judge

JS-6

*Submitted by:*

Peter J. Anderson, Esq., Cal. Bar No. 88891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040
Attorney for Plaintiff
APOLLOMEDIA DISTRIBUTION GMBH

2